IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-02383-CMA-NYW | Date: | February 23, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| VALLEY EQUIPMENT LEASING, INC., | *Michael Wayne Reagor* |
| | *Douglas Warner Colville* |
| **Plaintiff,** | |
| v. | |
| MCGRIFF, SEIBELS & WILLIAMS OF OREGON, INC., | *Jose Antonio Ramirez* |
| RYAN ERICKSON, | *Matthew Morgan Linton* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session:  3:00 p.m.

Appearance of counsel.

Argument held on Plaintiff's Motion for Leave to Amend Complaint [#28] filed December 1, 2014.

For the reasons stated on the record, **IT IS ORDERED**:

(1) Plaintiff's Motion for Leave to Amend Complaint [#28] is GRANTED; and

(2) Plaintiff shall file the proposed First Amended Complaint, tendered as [#28-6], in clean form on February 24, 2015.

Court in Recess:  3:21 p.m.          Hearing concluded.          Total time in Court:  00:21