## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02383-CMA-NYW

VALLEY EQUIPMENT LEASING, INC.,

Plaintiff,

v.

MCGRIFF, SEIBELS & WILLIAMS OF OREGON, INC.,
RYAN ERICKSON,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

This civil action comes before the court on the parties' Joint Motion to Amend the Scheduling Order [# 47], filed March 20, 2015 (the "Motion"). Pursuant to the Order Referring Case dated August 29, 2014 [#12] and the memorandum dated March 23, 2015 [#49], the Motion was referred to this Magistrate Judge.

The Motion is GRANTED.   IT IS ORDERED THAT:

(1) Rebuttal expert designations and disclosures pursuant to Fed. Rule Civ. P. 26(a)(2) shall be made and served on opposing counsel no later than **June 1, 2015**;
(2) The discovery cut-off is set for **June 30, 2015**;
(3) Any dispositive motions shall be filed and served no later than **July 31, 2015**;
(4) The final pre-trial conference is set for **September 30, 2015, at 2:00 p.m.**;
(5) The parties shall submit a joint proposed pre-trial order to the court by no later than **September 23, 2015**.

DATED March 31, 2015.