**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02383-CMA-NYW

VALLEY EQUIPMENT LEASING, INC.,

Plaintiff,
v.

MCGRIFF, SEIBELS & WILLIAMS OF OREGON, INC.,
RYAN ERICKSON,

Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

This civil action comes before the court on the Parties' Joint Motion to Extend the Scheduling Order, filed May 15, 2015 [#53] (the "Joint Motion"). Pursuant to the Order Referring Case dated August 29, 2014 [#12], the Reassignment dated February 10, 2015 [#40], and the Memorandum dated May 19, 2015 [#54], the Parties' Joint Motion is before this Magistrate Judge.

IT IS ORDERED that the Motion is GRANTED. Accordingly, IT IS FURTHER ORDERED THAT:

(1) The deadline to serve rebuttal expert designations and disclosures pursuant to Fed. Rule Civ. P. 26(a)(2) and prior court order is hereby re-set to **July 31, 2015**;

(2) The discovery cutoff is re-set to **August 28, 2015**;

(3) The dispositive motion deadline is re-set **September 29, 2015;**

(4) A further status conference is set for **June 9, 2015 at 2:00 p.m.**

DATED: May 22, 2015