**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02383-CMA-NYW

VALLEY EQUIPMENT LEASING, INC.,

    Plaintiff,

v.

MCGRIFF, SEIBELS & WILLIAMS OF OREGON, INC.,
RYAN ERICKSON,

    Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

    This matter comes before the court on the Joint Motion Re ESI Test Searches filed on June 10, 2015 [#59] that was referred to the undersigned Magistrate Judge pursuant to the Memorandum dated June 11, 2015 [#60].

    IT IS ORDERED that the Joint Motion Re ESI Test Searches [# 59] is GRANTED and the proposed protocol as set forth therein is adopted as an Order of the court.

DATED: June 16, 2015