# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02383-CMA-NYW

VALLEY EQUIPMENT LEASING, INC.

      Plaintiff,

v.

MCGRIFF, SEIBELS & WILLIAMS OF OREGON, INC.,
RYAN ERICKSON,

      Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on the Parties' Third Joint Motion to Amend the Scheduling Order, filed on August 25, 2015 [#65] (the "Motion"). Pursuant to the Order Referring Case dated August 29, 2015 [#12], the Reassignment dated February 10, 2015 [#40], and the Memorandum dated August 26, 2015 [#66], the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED AS FOLLOWS:

(1) The Parties are granted leave to take the three expert depositions referenced in the Motion no later than **September 29, 2015**;
(2) In all other respects, the discovery cut-off remains as previously set (*i.e.* **August 28, 2015**).

DATED: August 27, 2015