IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-02383-CMA-NYW | Date: | April 21, 2016 |
| Courtroom Deputy: | Emily Buchanan | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| VALLEY EQUIPMENT LEASING, INC., | *Michael Reagor* |
| | *Christopher Seerveld* |
| **Plaintiff,** | |
| v. | |
| MCGRIFF, SEIBELS & WILLIAMS OF OREGON, INC., and RYAN ERICKSON, | *Jose Ramirez* *Matthew Linton* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 2:30 p.m.

Appearances of counsel.

Discussion and argument held on Defendants' Motion for Sanctions for Spoliation of Evidence [Docket No. 102] filed January 15, 2016.

**ORDERED: On or before April 28, 2016, Plaintiff shall send directly to chambers the January 17, 2014 email for in camera review.**

**ORDERED: Defendants' Motion for Sanctions for Spoliation of Evidence [102] is TAKEN UNDER ADVISEMENT. A written order will issue on this motion, in addition to Defendants' Motion for Attorneys' Fees and Costs Related to Recovery of Plaintiff's ESI [74].**

Court in Recess: 3:06 p.m.          Hearing concluded.          Total time in Court:   00:36

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.