**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-02383-CMA-BNB

VALLEY EQUIPMENT LEASING, INC.,

    Plaintiff,

v.

McGRIFF, SEIBELS & WILLIAMS OF OREGON, INC., and
RYAN ERICKSON,

    Defendants.

---

## AMENDED FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendants' Motion for Summary entered by Judge Christine M. Arguello on March 28, 2016, it is

ORDERED that Defendants' Motion for Summary Judgment is GRANTED.  It is

FURTHER ORDERED that this case is DIMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that the Court will retrain jurisdiction to adjudicate Defendants' Motion for Attorney Fees and Costs Related to Recovery of Plaintiff's ESI, despite the dismissal of this case.  It is

FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and

pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED: April 28, 2016

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ V. Barnes

V. Barnes
Deputy Clerk